No. 84–882.  BAUMANN v. TYPOGRAPHIC INNOVATIONS, INC. C. A. 2d Cir.  Certiorari denied.

No. 84–886.  SULLIVAN ET UX. v. FIRST PEOPLES BANK OF NEW JERSEY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 84–887.  CONNECTICUT v. COUTURE.  Sup. Ct. Conn. Certiorari denied.

No. 84–892.  BRYANT v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 84–893.  OMEGA CORPORATION OF CHESTERFIELD v. MALLOY ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 84–907.  FRED LAVERY PORSCHE AUDI CO. ET AL. v. KEARNS.  C. A. Fed. Cir.  Certiorari denied.

No. 84–913.  FLEISHMAN v. ELI LILLY & CO. ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 84–927.  GEORGE v. GEORGE.  Ct. App. D. C.  Certiorari denied.

No. 84–938.  BUSS v. WESTERN AIRLINES, INC.  C. A. 9th Cir.  Certiorari denied.

No. 84–968.  CAUSEY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 84–5178.  VEREEN v. UNITED STATES; and
No. 84–5179.  TUTTLE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.  Reported below: 729 F. 2d 1325.

No. 84–5423.  IGNACIO v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 84–5449.  FULLER ET AL. v. LEE, SOLICITOR GENERAL OF THE UNITED STATES, ET AL.  C. A. 4th Cir.  Certiorari denied.